UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARITA WILSON,

               Plaintiff,

-against-

MID-HUDSON FORENSIC PSYCH. CTR.,

               Defendant.

23-CV-8911 (CS)

ORDER

CATHY SEIBEL, United States District Judge:

      On October 12, 2023, Plaintiff Sarita Wilson commenced this action and requested permission to proceed *in forma pauperis* ("IFP") – that is, without prepayment of fees. (ECF No. 2.) Because Plaintiff's IFP application demonstrated entitlement to IFP status under 28 U.S.C. § 1915, by order dated October 12, 2023, the court granted Plaintiff's request to proceed IFP. (ECF No. 3.) On or about October 31, 2023, the Court received a check from Plaintiff in the amount of $402.00 for the fees in this action. But the Court had already granted IFP status to Plaintiff at the time she paid the fees.[1] Accordingly, the Clerk of Court is directed to refund to Plaintiff the $402.00 in fees.

SO ORDERED.

Dated:   November 1, 2023
          White Plains, New York

                                             CATHY SEIBEL
                                  United States District Judge

---

[1] If Plaintiff paid the fee because she believes the application she submitted to obtain IFP status is inaccurate, she shall so notify the Court within 14 days of the date of this Order.