**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SARITA WILSON,

                     Plaintiff,

   -against-                                        23 **CIVIL** 8911 (CS)

                                                      **JUDGMENT**

MID-HUDSON FORENSIC PSYCHIATRIC
CENTER, KRISTEN ORLANDO, EXECUTIVE
DIRECTOR, AND ANN MARIE T. SULLIVAN,
COMMISSIONER OF OFFICE OF MENTAL
HEALTH,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 5, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      May 5, 2025

                                                       **TAMMI M HELLWIG**

                                                            Clerk of Court

                            **BY:**

                                                           **Deputy Clerk**